```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300
ATTORNEYS FOR DEFENDANT

Sussman & Watkins
P.O. Box 1005
Goshen, NY 10924
(845) 294-3991
ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Terencio Campos, Angelo Demello
& Cynthia Demello,

~~(KMK)~~

                Plaintiffs,

    v.

BASF Catalysts, LLC,

                Defendant.

------------------------------------x

Index No.: 07 CIV. 7068 (KMK)

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

      It is hereby agreed by and between plaintiffs Terencio Campos, Angelo Demello & Cynthia Demello, and defendant, BASF Catalysts, LLC, through their undersigned attorneys, that the time for the defendant BASF Catalysts, LLC to answer, move, or otherwise respond to the Complaint shall be extended from September 5, 2007 through and including September 26, 2007. No extensions of time were previously requested or granted.

Dated: August 27th, 2007

SUSSMAN & WATKINS

_____(MH)_____
Michael H. Sussman (MS 3497)

Counsel for Plaintiffs

DAY PITNEY LLP

_____/s/_____
Heather Weine Brochin (HB 5533)

Counsel for Defendant

SO ORDERED this 4th day of September, 2007.

_____
Honorable Kenneth M. Karas
United States District Judge