DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
TERENCIO CAMPOS,                              :
ANGELO DEMELLO          &           :           Civil Action No:  07-CV-7068 (KMK)
CYNTHIA DEMELLO,                         :
                                                                :
            Plaintiffs,                   :           **Document Filed Electronically**
    vs.                                                    :
                                                                :
BASF CATALYSTS, LLC,                     :
                                                                :
            Defendant.                    :
------------------------------------------------------X

**CORPORATE DISCLOSURE STATEMENT ON
BEHALF OF DEFENDANT BASF CATALYSTS, LLC**

Pursuant to *Fed. R. Civ. Proc.* 7.1, Defendant BASF Catalysts, LLC, by and through its undersigned attorneys, discloses that BASF Catalysts, LLC is a limited liability company organized under the laws of the state of Delaware, and that it is a wholly owned indirect subsidiary of BASF Corporation.  BASF Corporation is a wholly owned subsidiary of BASF Americas Corporation, which, in turn is a wholly owned subsidiary of BASFIN Corporation, which, in turn, is a wholly owned subsidiary of BASF Aktiengesellschaft.  BASF Corporation, BASF Americas Corporation and BASFIN Corporation are not publicly held.  The stock of BASF Aktiengesellschaft is traded publicly in Germany and other countries outside the United States, and its American Depository Receipts are traded in the United States on the over-the-counter market.

Dated: September 26, 2007

        DAY PITNEY LLP
        Attorneys for Defendant BASF Catalysts, LLC


By:    /s/ Heather Weine Brochin
       Heather Weine Brochin (HB 5533)
       Mary B. Rogers
       *(To be admitted Pro Hac Vice)*

Case 7:07-cv-07068-KMK-MDF    Document 4    Filed 09/26/2007    Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2007 a true copy of the within Corporate Disclosure Statement was served upon plaintiffs' counsel by electronically filing and sending a copy in a postage-paid properly addressed wrapper sent via first class mail to plaintiffs' counsel addressed as follows:

> Michael H. Sussman
> Sussman and Watkins
> P.O. Box 1005
> Goshen, NY 10924

> _____/s/ Heather Weine Brochin
> Heather Weine Brochin
> (HB 5533)