DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TERENCIO CAMPOS,                                :
ANGELO DEMELLO &                                :   Civil Action No: 07-CV-7068 (KMK)
CYNTHIA DEMELLO,                                :
                                                :
            Plaintiffs,                         :
    vs.                                         :
                                                :
BASF CATALYSTS, LLC,                            :   MOTION FOR ADMISSION
                                                :   *PRO HAC VICE* OF
            Defendant.                          :   **MARY B. ROGERS**
-----------------------------------------------------------X

TO:   THE HONORABLE KENNETH M. KARAS
      UNITED STATES DISTRICT COURT JUDGE

   Heather Weine Brochin (the "Movant"), an associate of the law firm of Day Pitney LLP, a member in good standing of the Bar of the State of New York, and an attorney admitted to practice before the United States District Court for the Southern District of New York, hereby moves this Court for entry of an Order admitting Mary B. Rogers, Esq., a member of the law firm of Day Pitney LLP, to appear in this matter *pro hac vice* on behalf of Defendant, pursuant to *Local Civil Rule* 1.3(c) in the above-captioned case.

   In support thereof, the Movant respectfully represents as follows:

   Mary B. Rogers is a member in good standing of the New Jersey State Bar and is also admitted to practice before the United States Court of Appeals for the Third Circuit and the United States District Court for the District of New Jersey. Mary B. Rogers is a member of the law firm Day Pitney LLP. There are no pending disciplinary proceedings against Mary B. Rogers in any

State or Federal court. The Affidavit of Mary B. Rogers and the Affidavit of the Movant are attached herewith.

    Enclosed with this motion is the required $25.00 fee.

    The Movant hereby requests that no brief is necessary as the motion does not involve any legal issues which require briefing by the parties.

    WHEREFORE, the Movant respectfully requests that an Order be entered for the admission *pro hac vice* of Mary B. Rogers, Esq. to appear in this action on behalf of Defendant.

    Respectfully Submitted,

DAY PITNEY LLP
Counsel for the Defendant
BASF Catalysts, LLC

By: _____
Heather Weine Brochin (HB 5533)
Mary B. Rogers
(to be admitted via *pro hac vice*)

Dated: September 24, 2007

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2007 a true copy of the within Motion for *Pro Hac Vice* Admission of Mary B. Rogers, the Affidavit of Mary B. Rogers, the Affidavit of Heather Weine Brochin and a proposed form of Order were served upon plaintiffs' counsel by sending copies in a postage-paid properly addressed wrapper sent via first class mail to plaintiffs' counsel addressed as follows:

Michael H. Sussman
Sussman and Watkins
P.O. Box 1005
Goshen, NY 10924

_____
Heather Weine Brochin
SDNY Bar Code:  HB 5533