UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
300 QUARROPAS STREET, CHAMBERS 533
WHITE PLAINS, NY 10601-4150

CHAMBERS OF
HON. KENNETH M. KARAS

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

November 6, 2007

Re:   Terencio Campos, et al. v. BASF Catalysts, Inc.
      07 Civ. 7068

Dear Counsel:

As you may be aware, the Court has assigned this case to my docket. To efficiently advance your case forward to trial, I am requesting some information from you.

By not less than three (3) business days before the next scheduled conference, the parties are ordered to submit to Chambers by mail or hand delivery a joint memo, not to exceed four (4) pages, providing in separate numbered paragraphs:

1. A brief statement of the nature of the case and/or the principal defenses thereto;

2. An identification of the discovery necessary, if any, for the parties to engage in meaningful settlement negotiations;

3. The estimated length of trial;

4. A description of any and all prior settlement discussions, including dates and participants and whether any offer or demand was made (all responses to Items 4 and 5 are protected under Fed. R. Evid. 408); and

5. Any other information that you believe may assist the Court in advancing your case to trial or settlement.

This joint memo shall not be filed electronically in the Court's Electronic Case File (ECF) system.

Please consult my Individual Practices, available on the Court's website, with respect to procedures required before making motions, for communicating with chambers, and on other matters. In addition, please note that where the Court issues an order of general pretrial reference to a United States Magistrate Judge ("Magistrate"), any applications with respect to discovery disputes or scheduling issues encompassed within such reference shall first be directed only to the assigned Magistrate and not to this Court. Finally, please ensure that all attorney contact information on the ECF system is current and is promptly updated as necessary.

I appreciate your attention to these requests.

Very truly yours,

KENNETH M. KARAS
United States District Judge