UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

*Terrence James, et al.*

                Plaintiff(s),        07 Civ. 7068 (KMK) (MDF)

-against-                               ORDER OF REFERENCE
                                            TO A MAGISTRATE JUDGE

*BASF Catalysts, LLC*

                Defendant(s).

------------------------------------------------------------X

The above entitled action is referred to the Honorable *Mark D. Fox*, United States Magistrate Judge for the following purpose(s):

  ✓  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

  ___  Specific Non-Dispositive Motion/Dispute:*

  ___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

  ___  Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

      Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

  ___  Habeas Corpus

  ___  Social Security

  ___  Settlement*

  ___  Inquest After Default/Damages Hearing

  ___  Dispositive Motion (i.e., motion requiring a Report and Recommendation

      Particular Motion:_____

      All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: *January 8, 2008*

SO ORDERED

Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____