DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
TERENCIO CAMPOS,
ANGELO DEMELLO         &            :   Civil Action No: 07-CV-7068 (KMK)(MDF)
CYNTHIA DEMELLO,
                                    :
        plaintiffs,
    vs.                             :   **NOTICE OF APPEARANCE**
                                        **OF JOSHUA A. POLAK**
                                    :
BASF CATALYSTS, LLC,
                                    :
        Defendant.
-------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned appears for defendant BASF Catalysts, LLC in the above-captioned case.

Dated: June 20, 2008

                            DAY PITNEY LLP
                            Attorneys for Defendant BASF Catalysts, LLC


                            By: _____
                                Joshua A. Polak (JP 2573)

83072738A01062008