# DAY PITNEY LLP

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

JOSHUA A. POLAK
Attorney At Law
*Mail To:* P.O. Box 1945 Morristown, NJ 07962
*Deliver To:* 200 Campus Drive Florham Park, NJ 07932
T: 973 966-8055 F: (973) 966 1015
jpolak@daypitney.com

July 3, 2008

**Via Overnight Delivery and Regular Mail**

The Honorable Mark D. Fox
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

RECEIVED
IN CHAMBERS
JUL 07 2008
MARK D. FOX
USMJ SDNY

Re:   Campos v. BASF Catalysts, LLC (07-7068) (KMK)

Dear Judge Fox:

We represent defendant BASF Catalysts, LLC ("BASF") in the above-referenced matter. We write to withdraw our motion for attorneys fees relating to the postponement of the depositions of Pedro Rodriguez and David Roberts originally scheduled for May 15, 2008. Accordingly, we understand that the hearing on such motion, scheduled for Thursday, July 10, 2008 at 9:15 a.m., will be cancelled.

We thank the Court for its courtesies in this matter.

Respectfully submitted,

Joshua A. Polak

cc:   Michael Sussman, Esq. (via facsimile and regular mail)
Christopher Watkins, Esq. (via facsimile and regular mail)
Mary B. Rogers, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

7/7/08  So Ordered

MARK D. FOX
United States Magistrate Judge
Southern District of New York